```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CHRISTOPHER CAPANELLI,                :         06 Civ. 15397 (SHS)

             Plaintiff,               :

   -against-                                :         ORDER

NYP HOLDINGS, INC., *ET AL.*,         :

             Defendants.            :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

      IT IS HEREBY ORDERED that:

      1.    At the request of the parties, the last day to file the joint pretrial order is extended to May 22, 2009; and

      2.    The pretrial conference scheduled for May 22, 2009, is adjourned to May 29, 2009, at 2:00 p.m.

Dated: New York, New York
       May 19, 2009

                                   SO ORDERED:

                                   _____
                                   Sidney H. Stein, U.S.D.J.