```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In the Matter of an Application to Bring an       :    06 Civ. 15397 (SHS)
Electronic Device(s) into the Daniel Patrick
Moynihan United States Courthouse for use in the  :    ORDER #23
trial of :
                                                  :
CHRISTOPHER CAPANELLI,
                                                  :
                Plaintiff,
                                                  :
        -against-
                                                  :
NYP HOLDINGS, INC., *ET ANO*,
                                                  :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that:

      The following are authorized to bring their cell phones into the Courthouse for use in the above trial which begins on Monday, July 13, 2009, and concludes on approximately Friday, July 17, 2009:

      Christopher Capanelli
      Thomas Coffin

      The persons identified in this Order must present a copy of this Order when entering the Courthouse and hereby certify that the electronic device(s) will not be used to create, record, or broadcast visual images or sounds.

Dated: New York, New York
      July 13, 2009

APPROVED:                                         SO ORDERED:

_____                         _____
District Executive                                Sidney H. Stein, U.S.D.J.