```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In the Matter of an Application to Bring an : 06 Civ. 15397 (SHS)
Electronic Device(s) into the Daniel Patrick
Moynihan United States Courthouse for use in the : ORDER   48
trial of :

:

CHRISTOPHER CAPANELLI,

:

            Plaintiff,

:

    -against-

:

NYP HOLDINGS, INC., *ET ANO*,

:

           Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

    The following attorneys are authorized to bring certain electronic equipment as described below into the Courthouse for use in the above trial which will begin on Monday, September 14, 2009, and will continue for approximately one week.

    Michael Starr, Jordan Lippner, Michelle Bedoya Barnett - cell phones and/or blackberries, laptop computer and remote.

    Mark Kressner - cell phones and/or blackberries.

    The attorneys identified above must present a copy of this Order when entering the Courthouse and hereby certify that the electronic device(s) will not be used to create, record, or broadcast visual images or sounds.

Dated: New York, New York
       August 5, 2009

APPROVED:                                          SO ORDERED:

_____                         _____
District Executive                                 Sidney H. Stein, U.S.D.J.