USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHRISTOPHER CAPANELLI,                :       06 Civ. 15397 (SHS)

                Plaintiff,    :

   -against-                         :       ORDER

NYP HOLDINGS, INC., *ET ANO*,         :

                Defendants.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The parties are notified that the other action scheduled for trial before this Court on September 14, 2009, has been adjourned. Therefore, the trial of this action will commence on Monday, September 14, 2009, at 9:30 a.m., as set forth in the Order dated July 28, 2009.

Dated: New York, New York
      August 14, 2009

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.