UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHRISTOPHER CAPANELLI,

                Plaintiff,

    -against-

NYP HOLDINGS d/b/a NEW YORK POST,
JOSEPH VINCENT, and LLOYD VASQUEZ

                Defendants.

------------------------------------------------------------x

06-cv-15397 (SHS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/09

SIDNEY H. STEIN, U.S. District Judge.

    Plaintiff's attorney, Mark Kressner, Esq., has informed the court's deputy that he was admitted to New York Downtown Hospital this morning and diagnosed as having suffered a form of stroke. He stated that he is currently being transferred to Cornell Medical Center for further testing and evaluation. In light of Mr. Kressner's condition, presentation of the plaintiff's case will not continue tomorrow. Accordingly,

    IT IS HEREBY ORDERED that the trial of this action is adjourned <u>sine die</u>. Mr. Kressner is to keep the Court and opposing counsel appraised of his medical condition so that a date on which the trial may resume can be set expeditiously. While the Court will not entertain any oral, <u>ex parte</u> motions, any party is free to file whatever motion or motions it deems appropriate.

Dated: New York, New York
         September 16, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.