USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHRISTOPHER CAPANELLI,          :      06 Civ. 15397 (SHS)

               Plaintiff,     :

      -against-                           :      <u>ORDER</u>

NYP HOLDINGS, ET ANO,           :

              Defendants.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the trial of this action will continue on November 9, 2009, at 9:30 a.m. Plaintiff shall present any remaining witnesses and conclude his case on that date, or, if needed, on November 10, 2009. The Court will entertain any appropriate motions at the conclusion of plaintiff's case.

Dated: New York, New York
       October 6, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.