```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CHRISTOPHER CAPANELLI,                  :       06 Civ. 15397 (SHS)

               Plaintiff,         :

  -against-                              :       ORDER OF DISMISSAL

NYP HOLDINGS, INC., *ET ANO*,           :

              Defendants.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that this action is dismissed with prejudice on consent of the parties and without costs.

Dated: New York, New York
       November 9, 2009

                                  SO ORDERED:

                                  Sidney H. Stein, U.S.D.J.